IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 8:10CR151 |
| vs. ) | ORDER |
| MICHAEL WILSON, ) | |
| Defendant. ) | |

Defendant Michael Wilson (Wilson) appeared before the court on April 26, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 32). Wilson was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Donald J. Kleine. Through his counsel, Wilson waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Wilson should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. At the time of the hearing, Wilson was in the custody of Nebraska state correctional authorities serving a sentence of imprisonment. The motion was held in abeyance pending Wilson coming into federal custody. Wilson waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on May 23, 2013.** Defendant must be present in person.

DATED this 26th day of April, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge